

3/21/2024

Lyle W. Caycee
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

**Re:    Momin v. Jaddou, No. 23-20327**
**Supplemental 28(j) Brief**

Dear Court,

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiffs-Appellees write to notify this Court of pertinent and significant authority relevant to the current matter. On March 19, 2024, the Supreme Court issued a ruling in *Wilkinson v. Garland* 601 U.S. ____ (2024) regarding a federal court's jurisdiction to review immigration applications.  In a 6-3 decision the court determined that it held jurisdiction to review questions of law thus limiting and narrowing the ruling in *Patel v. Garland*, 596, U.S. 328 (2022).  The Supreme Court reasoned that just because a question presented for review touches on the facts does not mean that it is a determination or question of fact.  Review is proper to determine whether based on a given set of facts a standard is met.  The Court further stated:

> "Only the question whether those established facts satisfy the statutory eligibility standard is subject to judicial review.  Because this mixed question is primarily factual, that review is deferential."

Similarly, the Plaintiff, Mr. Momin, has presented questions of law to this Court.  Simply because his matter requires a review of the facts in reference to his

application does not make his matter unreviewable. Additionally, as the Wilkinson Court noted in reaffirming its holding in *Guerrero-Lasprilla v. Barr*, that referring to questions of law as only "primarily legal" would "forbid review of any BIA decision applying a properly stated legal standard, irrespective of how mistaken that application may be." *Guerrero-Lasprilla v. Barr,* 589 U.S. 221, 236 (2020).

The claim brought by the Plaintiff, Mr. Momin, would be reviewable by this Court based under the reasoning set forth by the Supreme Court in Wilkinson.

Sincerely,

/s/Javier Rivera
Javier Rivera
Partner
Attorney for the Plaintiff
Rivera & Shirhatti, PC
PO Box 848
Houston, Texas 77001